Death Opinion
















IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-72,054-01






STATE EX RELATIONE FRIZO VALERO, Petitioner



v.



HONORABLE ELIA CORNEJO-LOPEZ, JUDGE






On Application for Leave to File an Original Petition for a


 Writ of Mandamus or Prohibition,


from Cameron County






 Womack, J., filed a statement respecting the denial of leave to file.



 I join the order denying leave to file, which I understand to be without prejudice to
the filing of a petition for a writ of mandamus in the Court of Appeals. See Padilla v.
McDaniel, 122 S.W.3d 805 (Tex. Cr. App. 2003).


Filed June 10, 2009.

Do Not Publish.